FILED

06/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0460

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0460

_____

IN RE THE PARENTING OF:

A.F.,

    Minor Child,

L.F.,

      Petitioner and Appellee,

and

B.F.,

      Respondent and Appellant.

O R D E R

_____

Upon consideration of the Appellant's Father's Motion for Extension of Time to file his reply brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Appellant is granted an extension of time until July 15, 2020, to prepare, serve, and file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2020